UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEROY RAGHUNATH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:20-cv-01607-SEB-MPB |
| | ) |
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER DISMISSING LAWSUIT WITH PREJUDICE**

The Court, having considered the parties' Stipulation of Dismissal with Prejudice, finds that it should be approved.

IT IS THEREFORE ORDERED that this action is dismissed, <u>with prejudice</u>, the parties to bear their own costs, including attorneys' fees.

SO ORDERED.

5/5/2021
Date

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

All Counsel of Record via CM/ECF